UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Great Lakes Packers, Inc.,** *et al.,*<br><br>**Plaintiffs,**<br><br>vs.<br><br>**P.K. Produce, Inc.,** *et al.,*<br><br>**Defendants.** | Case No.   1:18cv2754 (lead case)<br>              1:18cv2849<br>              1:18cv2906<br>              1:19cv1673<br><br>Judge Pamela A. Barker |

## AMENDED STIPULATION FOR JUDGMENT AGAINST DEFENDANTS, DEBRA KASAPIS, SIPASAK PROPERTIES, LLC, MAGNUM EXPRESS TRUCKING, INC., AND STRIKE ZONE LANES, LLC

Plaintiffs, Great Lakes Packers, Inc.; Keith Connell, Inc.; C.H. Robinson Worldwide, Inc.; Original Produce Distributing, Inc.; The Players Sales, Inc.; The Midwest's Best Produce Company; Victory Farm Sales, LLC; and B & D Produce Sales, LLC, together with Intervening Plaintiff, Farm-Wey Produce, Inc. (collectively, the "Settling Plaintiffs"[1]) and Defendants, Debra Kasapis, Sipasak Properties, LLC, Magnum Express Trucking, Inc., and Strike Zone Lanes, LLC (collectively, the "Debra Parties") file this Amended Stipulation for Judgment to resolve the Settling Plaintiffs' pending claims against pending against the Debra Parties, only.

### RELEVANT PROCEDURAL HISTORY

**A.   C.H. Robinson Plaintiffs' Third Amended Complaint *[DE 104]***

1.   On March 20, 2020, Plaintiffs, C.H. Robinson Worldwide, Inc.; Original Produce Distributing, Inc.; The Players Sales, Inc.; The Midwest's Best Produce Company

---

[1] Plaintiff, R & R Ag Consulting, Inc. f/k/a R & R Produce, Inc. is not a party to this Amended Stipulation.

d/b/a Midwest Best Produce; and Victory Farm Sales, LLC (collectively, the "C.H. Robinson Plaintiffs") filed their Third Amended Complaint, seeking damages totaling $193,212.55, plus interest at either 18% per year or 6% per year, and attorneys' fees and costs per contract, as follows:

| Count | Description | Defendants[2] |
|---|---|---|
| 1 | Failure to Maintain PACA Trust | P.K. Produce |
| 2 | Dissipation of Trust Assets | P.K. Produce, Paul, and Debra |
| 3 | Failure to Account and Pay for Produce | P.K. Produce, Paul, and Debra |
| 4 | Breach of Fiduciary Duty/Non-Dischargeability | P.K. Produce, Paul, and Debra |
| 5 | Breach of Contract for Unpaid Invoices/Action on Account | P.K. Produce |
| 6 | Unlawful Retention of PACA Trust Assets/Conversion/Disgorgement | Sipasak Properties |
| 7 | Unlawful Retention of PACA Trust Assets/Conversion/Disgorgement | Magnum Express |
| 8 | Unlawful Retention of PACA Trust Assets/Conversion/Disgorgement | 3D Logistics |
| 9 | Unlawful Retention of PACA Trust Assets/Conversion/Disgorgement | Strike Zone |
| 10 | Unlawful Retention of PACA Trust Assets/Conversion/Disgorgement | Trust |
| 11 | Interest and Attorneys' Fees | All Defendants |

    2.      On April 22, 2020, Defendant, P.K. Produce, Inc., together with the Debra Parties filed an Answer and Affirmative Defenses to the C.H. Robinson Plaintiffs' Third Amended Complaint. *[DE 139]*.

---

[2] The C.H. Robinson Plaintiffs brought claims against the following Defendants: P.K. Produce, Inc. ("P.K. Produce"); Paul Kasapis ("Paul"); Debra ("Debra"); Sipasak Properties, LLC, f/k/a Kasapis Properties, LLC ("Sipasak Properties"); Magnum Express Trucking, Inc. ("Magnum"); 3D Logistics, LLC ("3D Logistics"); Strike Zone Lanes, LLC; and the Kasapis Family Irrevocable Intervivos Trust dated April 6, 2003, with Kathy S. Bushway as Trustee (the "Trust").

**B.     Great Lakes Plaintiffs' Amended Complaint *[DE 105]*.**

3.     On March 22, 2020, Plaintiffs, Great Lakes Packers, Inc. and Keith Connell, Inc. (collectively, the "Great Lakes Plaintiffs") filed their Amended Complaint, seeking damages totaling $102,353.25 plus interest at either 6% per year or 18% per year, respectively, and attorneys' fees and costs per contract or statute, as follows:

| Count | Description | Defendants[3] |
|---|---|---|
| 1 | Breach of Contract | P.K. Produce |
| 2 | Declaratory Relief Validating PACA Trust Claim | All Defendants |
| 3 | Enforcement of Payment from PACA Trust Assets | P.K. Produce |
| 4 | Failure to Maintain PACA Trust Assets and Creation of Common Fund | P.K. Produce |
| 5 | Failure to Promptly Pay | P.K. Produce |
| 6 | Breach of Fiduciary Duty to PACA Trust Beneficiaries | Paul and Debra |
| 7 | Unlawful Retention of PACA Trust Assets | Paul |
| 8 | Unlawful Retention of PACA Trust Assets | Debra |
| 9 | Unlawful Retention of PACA Trust Assets | Sipasak Properties |
| 10 | Unlawful Retention of PACA Trust Assets | Trust |
| 11 | Unlawful Retention of PACA Trust Assets | 3D Logistics |
| 12 | Unlawful Retention of PACA Trust Assets | Magnum Express |
| 13 | Unlawful Retention of PACA Trust Assets | Strike Zone |

4.     On April 22, 2020, P.K. Produce and the Debra Parties filed an Answer and Affirmative Defenses to the Great Lakes Plaintiffs' First Amended Complaint. *[DE 141]*

**C.     Farm-Wey Amended Complaint *[DE 106]***

5.     On March 22, 2020, Intervening Plaintiff, Farm-Wey Produce, Inc. ("Farm-Wey") filed its Amended Complaint, seeking damages totaling $122,156.00, plus interest at 18% per year, and attorneys' fees and costs per contract, as follows:

---

[3] The Great Lakes Plaintiffs brought claims against the following Defendants: P.K. Produce; Paul; Debra; Sipasak Properties; the Trust; 3D Logistics; Magnum Express; and Strike Zone.

| Count | Description | Defendants[4] |
|---|---|---|
| 1 | Breach of Contract | P.K. Produce |
| 2 | Failure to Pay Promptly | P.K. Produce |
| 3 | Declaratory Relief Validating PACA Trust Claim | All Defendants |
| 4 | Failure to Maintain PACA Trust Assets and Creation of Common Fund | All Defendants |
| 5 | Enforcement of Payment from PACA Trust Assets | All Defendants |
| 6 | Breach of Fiduciary Duty to PACA Trust Beneficiaries | P.K. Produce, Paul and Debra |
| 7 | Unlawful Retention of PACA Trust Assets | All Defendants |
| 8 | Interest and Attorneys' Fees | All Defendants |

6. On April 22, 2020, P.K. Produce and the Debra Parties filed an Answer and Affirmative Defenses to the Farm-Wey Amended Complaint. *[DE 142]*.

**D. B & D Produce's First Amended Complaint *[DE 108]***

7. On March 23, 2020, Plaintiff, B & D Produce Sales, LLC ("B & D Produce") filed its First Amended Complaint, seeking damages totaling $316,771.97, plus interest at 18% per year, and costs per statute, as follows:

| Count | Description | Defendants[5] |
|---|---|---|
| 1 | Declaratory Relief Validating PACA Trust Claim | P.K. Produce |
| 2 | Enforcement of Payment from PACA Trust Assets | P.K. Produce |
| 3 | Violation of PACA: Failure to Maintain PACA Trust Assets and Creation of Common Funds | P.K. Produce |
| 4 | Violation of PACA: Failure to Pay Promptly | P.K. Produce |
| 5 | Breach of Contract | P.K. Produce |
| 6 | Breach of Fiduciary Duty to PACA Trust Beneficiaries | Paul and Debra |
| 7 | Conversion and Unlawful Retention of PACA Trust Assets | Paul and Debra |
| 8 | Unlawful Retention of PACA Trust Assets | Sipasak Properties |
| 9 | Unlawful Retention of PACA Trust Assets | Magnum Express |
| 10 | Unlawful Retention of PACA Trust Assets | 3D Logistics |
| 11 | Unlawful Retention of PACA Trust Assets | Strike Zone |
| 12 | Unlawful Retention of PACA Trust Assets | Trust |

---

[4] Farm-Wey brought claims against the following Defendants: P.K. Produce; Paul; Debra; Sipasak Properties; the Trust; 3D Logistics; Magnum Express; and Strike Zone.

[5] B & D Produce brought claims against the following Defendants: P.K. Produce; Paul; Debra; Sipasak Properties; Magnum Express; 3D Logistics; Strike Zone; and the Trust.

8. On April 22, 2020, P.K. Produce and the Debra Parties filed an Answer and Affirmative Defenses to the B & D Produce's First Amended Complaint. *[DE 140]*.

9. On October 6, 2020, this Court entered an Order on the Joint Motion for Entry of an Order Determining Validity and Extend of PACA Trust Claims, opposed by Defendants, concluding that the Settling Plaintiffs have valid PACA Trust claims totaling $1,012,068.47 (inclusive of the principal balance and interest, only) against P.K. Produce, calculated as follows:

| PACA Claimant | Amount |
|---|---|
| Great Lakes Packers, Inc. | $ 75,574.99 |
| Keith Connell, Inc. | $ 51,148.07 |
| C.H. Robinson Worldwide, Inc. | $ 45,313.01 |
| Original Produce Distributing, Inc. | $ 13,056.67 |
| The Players Sales, Inc. | $ 132,727.05 |
| The Midwest's Best Produce Company | $ 31,185.01 |
| Victory Farm Sales, LLC | $ 33,935.58 |
| B & D Produce Sales, LLC | $ 451,204.78 |
| Farm-Wey Produce, Inc. | $ 177,923.31 |
| Total: | $1,012,068.47 |

*The October 6, 2020, Order, pgs. 24-25 [DE 186]*.

10. On June 2, 2021, this Court entered an Order on the Joint Motion for Partial Summary Judgment, opposed by Defendants, concluding that:

- Debra was personally liable for the Settling Plaintiffs' PACA trust claims, and

- The Debra Parties must disgorge the following amounts in PACA trust assets received by them, as follows;

| Defendant | Amount |
|---|---|
| Debra | $131,221.10 |
| Sipasak Properties | $ 10,350.00 |
| Magnum Express | $ 58,245.50 |

| Strike Zone | $ 2,893.04 |
|---|---|

*The June 2, 2021, Order, pgs. 14-49 [DE 195].*

## STIPULATION FOR JUDGMENT

**A.  Debra Kasapis.**

1. Debra Kasapis violated the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-499t by failing to maintain PACA trust assets and pay the Settling Plaintiffs promptly under 7 U.S.C. §§499b(4) and e(c)(2).

2. At all times material to this case, Debra Kasapis was in a position to control and exercised control over the PACA trust assets of PK Produce, Inc. Debra Kasapis breached the fiduciary duties imposed upon her by the Perishable Agricultural Commodities Act of 1930 and federal common law.

3. The Settling Plaintiffs and the Debra Parties stipulate to a Judgment on the Settling Plaintiffs' respective Complaints as follows:

    (a) On Count 4 of the C.H. Robinson Plaintiffs' Third Amended Complaint,

    - Judgment is entered in favor of C.H. Robinson Worldwide, Inc. and against Debra Kasapis in the total amount of $45,313.01, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

    - Judgment is entered in favor of Original Produce Distributing, Inc. and against Debra Kasapis in the total amount of $13,056.67, plus post-judgment interest, all of which qualifies for protection

Page 6 of 18

under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Players Sales, Inc. and against Debra Kasapis in the total amount of $132,727.05, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Midwest's Best Produce Company and against Debra Kasapis in the total amount of $31,185.01, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Victory Farm Sales, LLC and against Debra Kasapis in the total amount of $33,935.58, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

(b)  On Count 8 of the Great Lakes Plaintiffs' Amended Complaint,

- Judgment is entered in favor of Great Lakes Packers, Inc. and against Debra Kasapis in the total amount of $75,574.99, post-judgment interest, all of which qualifies for protection under

        PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Keith Connell, Inc. and against Debra Kasapis in the total amount of $51,148.07, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(c) On Count 6 of the Farm-Wey Amended Complaint,

- Judgment is entered in favor of Farm-Wey Produce, Inc. and against Debra Kasapis in the total amount of $177,923.31, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(d) On Count 6 of the B & D Produce's First Amended Complaint,

- Judgment is entered in favor of B & D Produce Sales, LLC and against Debra Kasapis in the total amount of $451,204.78, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

4. All remaining claims against Debra Kasapis in the C.H. Robinson Plaintiffs' Third Amended Complaint *[DE 104]*, Great Lakes Plaintiffs' Amended Complaint *[DE 105]*, Farm-Wey Amended Complaint *[DE 106]*, and B & D Produce's First Amended Complaint *[DE 108]* are dismissed without prejudice.

## B. Sipasak Properties, LLC.

5. The Settling Plaintiffs and Sipasak Properties, LLC stipulate a Judgment in the amount of *pro-rata* shares of the $10,350.00 in PACA trust assets wrongfully received by Sipasak Properties, LLC, as follows:

(a) On Count 6 of the C.H. Robinson Plaintiffs' Third Amended Complaint,

- Judgment is entered in favor of C.H. Robinson Worldwide, Inc. and against Sipasak Properties, LLC in the total amount of $393.55 plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of Original Produce Distributing, Inc. and against Sipasak Properties, LLC in the total amount of $113.40, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Players Sales, Inc. and against Sipasak Properties, LLC in the total amount of $1,152.75, plus post-judgment interest, all of which qualifies for protection

under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Midwest's Best Produce Company and against Sipasak Properties, LLC in the total amount of $270.85, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Victory Farm Sales, LLC and against Sipasak Properties, LLC in the total amount of $294.74, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

(e) On Count 9 of the Great Lakes Plaintiffs' Amended Complaint,

- Judgment is entered in favor of Great Lakes Packers, Inc. and against Sipasak Properties, LLC in the total amount of $656.38, post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Keith Connell, Inc. and against Sipasak Properties, LLC in the total amount of $444.23, plus post-judgment interest, all of which qualifies for protection under

        PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(f)     On Count 7 of the Farm-Wey Amended Complaint,

- Judgment is entered in favor of Farm-Wey Produce, Inc. and against Sipasak Properties, LLC in the total amount of $1,545.29, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(g)     On Count 8 of the B & D Produce's First Amended Complaint,

- Judgment is entered in favor of B & D Produce Sales, LLC and against Sipasak Properties, LLC in the total amount of $3,918.77, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

6.     All remaining claims against Sipasak Properties, LLC in the C.H. Robinson Plaintiffs' Third Amended Complaint *[DE 104]*, Great Lakes Plaintiffs' Amended Complaint *[DE 105]*, Farm-Wey Amended Complaint *[DE 106]*, and B & D Produce's First Amended Complaint *[DE 108]* are dismissed without prejudice.

**C.** **Magnum Express Trucking, Inc.**

7. The Settling Plaintiffs and Magnum Express Trucking, Inc. stipulate a Judgment in the amount of *pro-rata* shares of the $58,245.50 in PACA trust assets wrongfully received by Magnum Express Trucking, Inc., as follows:

(a) On Count 7 of the C.H. Robinson Plaintiffs' Third Amended Complaint,

- Judgment is entered in favor of C.H. Robinson Worldwide, Inc. and against Magnum Express Trucking, Inc. in the total amount of $2,214.73 plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of Original Produce Distributing, Inc. and against Magnum Express Trucking, Inc. in the total amount of $638.16, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Players Sales, Inc. and against Magnum Express Trucking, Inc. in the total amount of $6,487.21, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Midwest's Best Produce Company and against Magnum Express Trucking, Inc. in the total

    amount of $1.524.21, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Victory Farm Sales, LLC and against Magnum Express Trucking, Inc. in the total amount of $1,658.65, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

(b) On Count 12 of the Great Lakes Plaintiffs' Amended Complaint,

- Judgment is entered in favor of Great Lakes Packers, Inc. and against Magnum Express Trucking, Inc. in the total amount of $3,693.83, post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Keith Connell, Inc. and against Magnum Express Trucking, Inc. in the total amount of $2,499.93, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(c) On Count 7 of the Farm-Wey Amended Complaint,

- Judgment is entered in favor of Farm-Wey Produce, Inc. and against Magnum Express Trucking, Inc. in the total amount of

     $8,696.24, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

  (d) On Count 9 of the B & D Produce's First Amended Complaint,

- Judgment is entered in favor of B & D Produce Sales, LLC and against Magnum Express Trucking, Inc. in the total amount of $22,053.23, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

8. All remaining claims against Magnum Express Trucking, Inc. in the C.H. Robinson Plaintiffs' Third Amended Complaint *[DE 104]*, Great Lakes Plaintiffs' Amended Complaint *[DE 105]*, Farm-Wey Amended Complaint *[DE 106]*, and B & D Produce's First Amended Complaint *[DE 108]* are dismissed without prejudice.

**D.** **Strike Zone Lanes, LLC**

9. The Settling Plaintiffs and Strike Zone Lanes, LLC stipulate a Judgment in the amount of *pro-rata* shares of the $2,893.04 in PACA trust assets wrongfully received by Strike Zone Lanes, LLC, as follows:

  (a) On Count 9 of the C.H. Robinson Plaintiffs' Third Amended Complaint,

- Judgment is entered in favor of C.H. Robinson Worldwide, Inc. and against Strike Zone Lanes, LLC in the total amount of

$110.01, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of Original Produce Distributing, Inc. and against Strike Zone Lanes, LLC in the total amount of $31.70, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Players Sales, Inc. and against Strike Zone Lanes, LLC in the total amount of $322.22, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

- Judgment is entered in favor of The Midwest's Best Produce Company and against Strike Zone Lanes, LLC in the total amount of $75.71, plus post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Victory Farm Sales, LLC and against Strike Zone Lanes, LLC in the total amount of $82.38, plus post-judgment interest, all of which qualifies for protection

        under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

(b)     On Count 13 of the Great Lakes Plaintiffs' Amended Complaint,

- Judgment is entered in favor of Great Lakes Packers, Inc. and against Strike Zone Lanes, LLC in the total amount of $183.47, post-judgment interest, all of which qualifies for protection under PACA, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue, and

- Judgment is entered in favor of Keith Connell, Inc. and against Strike Zone Lanes, LLC in the total amount of $124.17, plus post-judgment interest, all of which qualifies for protection under PACA, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(c)     On Count 7 of the Farm-Wey Amended Complaint,

- Judgment is entered in favor of Farm-Wey Produce, Inc. and against Strike Zone Lanes, LLC in the total amount of $431.94, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue,

(d)     On Count 11 of the B & D Produce's First Amended Complaint,

- Judgment is entered in favor of B & D Produce Sales, LLC and against Strike Zone Lanes, LLC in the total amount of $1,095.38, plus post-judgment interest, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t, until satisfied, for which let execution issue.

10. All remaining claims against Strike Zone Lanes, LLC in the C.H. Robinson Plaintiffs' Third Amended Complaint *[DE 104]*, Great Lakes Plaintiffs' Amended Complaint *[DE 105],* Farm-Wey Amended Complaint *[DE 106]*, and B & D Produce's First Amended Complaint *[DE 108]* are dismissed without prejudice.

SIGNATURES ON NEXT PAGE

STIPULATED BY THE PARTIES ON SEPTEMBER 16, 2022

| MARTYN AND ASSOCIATES CO. | STOKES LAW OFFICE, LLP |
|---|---|
| By: */s/ Mark A. Amendola*<br>Mark A. Amendola, Esq.<br>Ohio Bar No. 0042645<br>820 W. Superior Avenue, Tenth Floor<br>Cleveland, Ohio 44113<br>Telephone: (216) 861-4700<br>Facsimile: (216) 861-4703<br>E-mail: mamendola@martynlawfirm.com<br><br>*Attorney for Plaintiffs C.H. Robinson Worldwide, Inc., Original Produce Distributing, Inc.; The Players Sales, Inc.; The Midwest's Best Produce Company; Victory Farm Sales, LLC* | By: */s/ Craig A. Stokes*<br>Craig A. Stokes, Esq.<br>Ohio Bar No. 091824<br>P.O. Box 6909<br>San Antonio, Texas 78209<br>Telephone: (210) 742-2789<br>E-mail: cstokes@stokeslawoffice.com<br><br>*Attorney for Plaintiff B&D Produce Sales, LLC* |
| MEUERS LAW FIRM, P.L. | ARGIE, D'AMICO & VITANTONIO |
| By: */s/ Steven M. De Falco*<br>Steven M. De Falco (Pro Hac Vice)<br>5395 Park Central Court<br>Naples, Florida 34109<br>Telephone: (239) 513-9191<br>E-mail: sdefalco@meuerslawfirm.com<br><br>*Attorney for Plaintiffs Great Lakes Packers, Inc. and Keith Connell, Inc. and Intervening Plaintiff, Farm-Wey Produce, Inc.* | By: */s/ George J. Argie*<br>George J. Argie, Esq.<br>Ohio Bar No. 0034219<br>6449 Wilson Mills Road<br>Mayfield Village, Ohio 44143<br>Telephone: (440) 449-3333<br>Fax: (440) 449-4031<br>E-mail: george@advattys.com<br><br>*Attorney for Defendants, Debra Kasapis, Sipasak Properties, LLC, Magnum Express Trucking, Inc., and Strike Zone Lanes, LLC* |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed and served to all counsel of record through the Court's ECF system this 16th day of September, 2022.

By: /s/ Steven M. De Falco
Steven M. De Falco